LOUIS L. EPSTEIN AND JULIUS EPSTEIN, *ET AL.*, PLAINTIFFS-PETITIONERS, *v.* DIVISION OF ALCOHOLIC BEVERAGE CONTROL OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Max Mehler* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Samuel B. Helfand* for the respondent.

September 14, 1964.

LEONARD O. GOULD, PLAINTIFF-PETITIONER, v. GILBERT P. HEMMINGS AND MARTHA HEMMINGS, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Milford Salny* and *Mr. Lewis Stein* for the petitioner.

*Messrs. Hillas & Thierfelder* for the respondents.